UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WALLIS,<br><br>             Plaintiff,<br><br>       v.<br><br>CITIMORTGAGE, INC., A NEW YORK CORPORATION, et al.,<br><br>             Defendants. | Case No. 15-cv-05824 NC<br><br>**ORDER RE: MARCH 30 CASE MANAGEMENT CONFERENCE** |

A case management conference is scheduled in this case on March 30, 2016, at 10:00 a.m.  There is a pending motion to dismiss in the case.  At the case management conference, the parties should be prepared to discuss the motion to dismiss.  Specifically, plaintiff should be prepared to answer: what authority supports plaintiff's argument that the held harmless clause in his divorce decree removes his ex-wife as an indispensable party from the litigation?

**IT IS SO ORDERED.**

Dated:  March 29, 2016                                        _____
                                                                              NATHANAEL M. COUSINS
                                                                              United States Magistrate Judge

Case No. 15-cv-05824 NC