LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
James C. Magid (SBN 233043)
james.magid@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
CitiMortgage, Inc. and U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-6XS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WALLIS,<br><br>                Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., a New York Corporation; U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6XS; NBS DEFAULT SERVICES, LLC, a Texas Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 25, inclusive,<br><br>                Defendants. | CASE NO.: 5:15-cv-05824-NC<br><br>**STIPULATION AND ORDER TO CONTINUE JUNE 1, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Date:      June 1, 2016<br>Time:     10:00 a.m.<br>Courtroom: 7<br><br>Hon. Nathanael M. Cousins<br><br><br><br><br><br>Complaint Filed: November 13, 2015 |

    Defendants CitiMortgage, Inc. ("CitiMortgage") and U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series

1
STIPULATION TO CONTINUE CMC
*Wallis v. CitiMortgage, Inc., et al.*, Case No. 5:15-cv-05824-NC

2004-6XS ("U.S. Bank") (collectively, "Defendants") and plaintiff Randall Wallis ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS on November 13, 2015, Plaintiff filed his Complaint in this action in the Superior Court of the State of California, County of Monterey;

WHEREAS on December 18, 2015, Defendants removed this action to this Court; and

WHEREAS on January 11, 2016, Plaintiff filed a First Amended Complaint in this action;

WHEREAS on January 27, 2016, Defendants filed a motion to dismiss the First Amended Complaint;

WHEREAS on April 18, 2016, the Court issued an Order finding Helene Wallis to be an indispensable party and ordering her to be joined in this action within 30 days or the case may be dismissed and denying Defendants' motion to dismiss without prejudice;

WHEREAS Helene Wallis has not been joined in this action;

WHEREAS settlement discussions between the Parties are ongoing;

WHEREAS on May 24, 2016, the Parties attended a further Alternative Dispute Resolution (ADR) Phone Conference;

WHEREAS the Parties agreed during the May 24, 2016 ADR Phone Conference that it would be preferable to continue the Case Management Conference currently scheduled for June 1, 2016 to focus on settlement discussions that may lead to the dismissal of this action with prejudice,

WHEREAS good cause exists to continue the Case Management Conference as judicial resources will be conserved because settlement would eliminate the need for the Court to prepare for or conduct a further Case Management Conference;

IT IS THEREFORE STIPULATED AND AGREED by Plaintiff and Defendants, by and through their respective counsel, that

1. The Case Management Conference currently scheduled to take place on June 1, 2016 be continued until July 6, 2016, or a date thereafter as convenient to the Court, and

2. The Case Management Conference Statement currently due to be filed on May 25, 2016 shall be filed on June 29, 2016, or on a date thereafter as convenient to the Court.

| | |
|---|---|
| Dated: May 24, 2016 | Respectfully submitted, |
| | LOCKE LORD LLP |
| | By:  */s/ James C. Magid* |
| |      Regina J. McClendon |
| |      James C. Magid |
| | Attorneys for Defendants CitiMortgage, Inc. and U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-6XS |
| Dated: May 24, 2016 | CONSUMER LITIGATION LAW CENTER, APC |
| | By:  */s/ Rex Phillips* |
| |      September J Katje, Esq. |
| |      Rex Phillips, Esq. |
| | Attorneys for Plaintiff Randall Wallis |

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: May 24, 2016       By:  */s/ James C. Magid*

         James C. Magid

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 25, 2016

Hon. Nathanael M. Cousins
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104